1

KELSEY BROWN, CA #263109
2
Dellert Baird Law Offices, PLLC
PO Box 3757
3
Silverdale, WA 98383

4
Phone: (360) 329-6968
Fax: (360) 329-6968
5
Email: Dellert.Law.Office@gmail.com

6
Attorney for Plaintiff

7

UNITED STATES DISTRICT COURT
8
EASTERN DISTRICT OF CALIFORNIA
9
FRENSO DIVISION
10

11

| | |
|---|---|
| ANNALISA CHAVOYA, | |
| Plaintiff, | Case # 1:14-CV-00635-BAM |
| vs. | STIPULATED AND ORDER FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

12

13

14

15

16
        The parties hereby stipulate by counsel, with the Court's approval as indicated by
17
issuance of the attached Order, that Plaintiff shall have a first 30-day extension of time to file
18
Plaintiff's confidential memo.
19
        Counsel for the Plaintiff has a heavy caseload and does not have additional attorneys to
20
help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to
21
draft the confidential memo. Plaintiff requests an extension of time to November 30, 2014.
22

23
                                                                    Dellert Baird Law Offices, PLLC
                                                                    PO Box 3757
                                                                    Silverdale, WA 98383
                                                                    (360) 329-6968

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated November 4, 2014:          /s/ Kelsey M Brown
                                 KELSEY MACKENZIE BROWN CA #263109
                                 Dellert Baird Law Offices, PLLC
                                 PO Box 3757
                                 Silverdale, WA 98383
                                 (360) 329-6968
                                 Attorney for Plaintiff

Dated November 4, 2014:          s/ KELSEY M. BROWN for Susan Smith
                                 SUSAN SMITH
                                 (per e-mail authorization)
                                 Special Assistant U.S. Attorney
                                 Office of the General Counsel

                                 Of Attorneys for Defendant


**ORDER**

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on November 30, 2014. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

   Dated:   **November 24, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE


Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968