BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ANNALISA CHAVOYA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-CV-00635-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant's Response to Plaintiff's Motion for Summary Judgment be extended from **February 23, 2015** to **March 23, 2015**.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because counsel for Defendant has had to take time off of work due to illness.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Ext.; 1:14-CV-00635-BAM       1

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated: February 19, 2015

Respectfully submitted,
*/s/ Kelsey Mackenzie Brown*
(As authorized via email on 2/19/2015)
KELSEY MACKENZIE BROWN
Attorney for Plaintiff

Dated: February 19, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Ellinor Coder*
ELLINOR CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel for Defendant:

AMANDA SCHAPEL

Assistant Regional Counsel

<u>ORDER</u>

Pursuant to the stipulation above, Defendant's Response to Plaintiff's Motion for Summary Judgment is due **March 23, 2015**. Any optional reply to Defendant's opposition shall be filed within 15 days of the service of Defendant's response.

IT IS SO ORDERED.

Dated:  **February 20, 2015**           /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext.; 1:14-CV-00635-BAM        2